# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0570
Lower Tribunal No. 20-CF-4039-XX

_____

THOMAS LUCAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and WHITE, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Daniel Muller, Assistant Public Defender , Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED